IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| Education Management Corporation | ) | |
| The Art Institute of Philadelphia, LLC | ) | Case No. 18-11500 |
| Debtors, *et al*[1] | ) | Case No. 18-11535 |
| | ) | |
| | ) | |
| | ) | |

**CERTIFICATE OF SERVICE OF ORDER GRANTING MOTION OF
COMMONWEALTH OF MASSACHUSETTS FOR DETERMINATION THAT THE
AUTOMATIC STAY PROVISION DOES NOT APPLY TO MASSACHUSETTS'
<u>ACTIONS AGAINST THE DEBTORS</u>**

On November 7, 2018, I served copies of the *Order Grating Motion of Commonwealth of Massachusetts for Determination that the Automatic Stay Provision Does Not Apply to Massachusetts' Actions Against the Debtors*, entered on November 6, 2018, as Dkt No. 70 in Case No. 18-11500 and Dkt. No. 45 in Case No. 18-11535 on George Miller, the Chapter 7 Trustee in both cases, at the below address:

---

[1] The last four digits of the Debtors' taxpayer identification numbers are as follows: American Education Centers, Inc. (6160); Argosy Education Group, Inc. (5674); Argosy University of California LLC (1273); Brown Mackie College Tucson, Inc. (4601); Education Management LLC (6022); Miami International University of Art & Design, Inc. (1065); South Education-Texas LLC (2573); South University of Florida, Inc. (9226); South University of Michigan, LLC (6655); South University of North Carolina LLC (9113); South University of Ohio LLC (9944); South University of Virginia, Inc. (9263); South University, LLC (7090); Stautzenberger College Education Corporation (4675); TAIC-San Diego, Inc. (1894); TAIC- San Francisco, Inc. (9487); The Art Institutes International Minnesota, Inc. (6999); The Art Institute of Atlanta, LLC (1597); The Art Institute of Austin, Inc. (3626); The Art Institute of California-Hollywood, Inc. (3289); The Art Institute of California-Inland Empire, Inc. (6775); The Art Institute of California- Los Angeles, Inc. (4215); The Art Institute of California-Orange County, Inc. (6608); The Art Institute of California-Sacramento, Inc. (6212); The Art Institute of Charleston, Inc. (6048); The Art Institute of Charlotte, LLC (4912); The Art Institute of Co1orado, Inc. (3062); The Art Institute of Dallas, Inc. (9012); The Art Institute of Fort Lauderdale, Inc. (0255); The Art Institute of Houston, Inc. (9015); The Art Institute of Indianapolis, LLC (6913); The Art Institute of Las Vegas, Inc. (6362); The Art Institute of Michigan, Inc. (8614); The Art Institute of Philade1phia LLC (7396); The Art Institute of Pittsburgh LLC (7441); The Art Institute of Port1and, Inc. (2215); The Art Institute of Raleigh-Durham, Inc. (8031); The Art Institute of St. Louis, Inc. (9555); The Art Institute of San Antonio, Inc. (4394); The Art Institute of Seattle, Inc. (9614); The Art Institute of Tampa, Inc. (6822); The Art Institute of Tennessee-Nashville, Inc. (5359); The Art Institute of Virginia Beach LLC (2784); The Art Institute of Washington, Inc. (7043); The Illinois Institute of Art at Schaumburg, Inc. (3502); The Illinois Institute of Art, Inc. (3500); The Institute of Post-Secondary Education, Inc. (0283); The New England Institute of Art, LLC (7798); The University of Sarasota, Inc. (5558); Western State University of Southern California (3875).

Colin Robinson
Pachulski Stang Ziehl & Jones LLP
919 North Market Street
17th Floor
Wilmington, DE 19801

November 7, 2018.        /s/ Michael Sugar
                                    Michael Sugar