**SIGN-IN SHEET**

CASE NAME:    Education Management Corporation    COURTROOM NO.: 2

CASE NO.    18-11494    DATE:    10/23/18

**PLEASE PRINT CLEARLY OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Colin R. Robinson | Pachulski Stang Ziehl + Jones | Chapter 7 Trustee |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

# Court Conference

**Calendar Date:** 10/23/2018

**Calendar Time:** 10:30 AM ET

## U.S. Bankruptcy Court-Delaware

### Confirmed Telephonic Appearance Schedule

### Honorable Laurie Selber Silverstein

#2

1st Revision  Oct 22 2018  2:47PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|--------|--------|-----------|--------|------------|--------|-----------|-----------|-----------|-------------|
| | | Education Management Corporation | 18-11500 | Hearing | 9390646 | Bradford J. Sandler | (212) 561-7704 ext. | Pachulski Stang Ziehl & Jones | Trustee, Miller / LIVE |
| | | Education Management Corporation | 18-11500 | Hearing | 9388773 | Michael Sugar | (617) 727-2200 ext. | State of Massachusetts - Office of the Attorney General | Debtor, Commonwealth of Massachusetts, Attorney General / LIVE |
| | | The Art Institute of Philadelphia LLC | 18-11535 | Hearing | 9388836 | Carey D. Schreiber | (212) 294-6810 ext. | Winston & Strawn LLP | Interested Party, U.S. Bank / LISTEN ONLY |

Peggy Drasal ext. 802

CourtConfCal2009